WILLIAM NAUGHTON, respondent,

*v.*

GEORGE W. ELLIOTT, appellant.

[Submitted December 12th, 1905.  Decided June 18th, 1906.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Emery, whose opinion is reported in *68 N. J. Eq. 259.*

*Mr. William J. Leonard* and *Mr. Richard V. Lindabury,* for the appellant.

*Mr. Frederick W. Hope* and *Mr. James D. Degnan,* for the respondent.

PER CURIAM.

The decree appealed from is affirmed, for the reasons stated in the opinion delivered in the court of chancery by Vice-Chancellor Emery.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, FORT, GARRETSON, HENDRICKSON, PITNEY, SWAYZE, REED, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY, DILL—14.

*For reversal*—None.